**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Thomas, | No. CV-22-01960-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Express Corporation, | |
| Defendant. | |

Defendant Federal Express Corporation ("Defendant") has filed a Motion for Clarification and Entry of Judgment (Doc. 15). The Court previously granted Defendant's Motion to Dismiss (Doc. 5) and directed the Clerk of Court to terminate this action. (Doc. 14). Defendants now requests the Court to specify dismissal of this case with prejudice and enter judgment to allow Defendant to seek a bill of costs. (Doc. 15 at 1).

Upon review its prior Order, the Court intended to dismiss Plaintiff's Complaint (Doc. 1-4) *without* prejudice and remains inclined to do so. However, in light of Defendant's Motion and in the interest of justice, the Court will allow fourteen (14) days for Plaintiff to object to dismissal of this case with prejudice or, alternatively, explain how he can cure the deficiencies in his Complaint. Plaintiff is cautioned that failure to timely do so may result in dismissal of this case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Federal Express Corporation's Motion for Clarification and Entry of Judgment (Doc. 15) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall, **within fourteen (14) days** of this Order, file a brief objecting to dismissal of this case with prejudice or, alternatively, explaining how he can cure the deficiencies in his Complaint.

Dated this 5th day of April, 2023.

*[Signature]*
Honorable Diane J. Humetewa
United States District Judge

- 2 -